UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MALIK WILLIAMS,** ) | |
| ) | |
| ) | **Case No. 23-CV-833** |
| **Plaintiffs,** ) | |
| ) | **Honorable Judge Dugan** |
| **v.** ) | |
| ) | **Jury Demand** |
| **OFFICER OSBOURNE, OFFICER** ) | |
| **BROWN, OFFICER HOLLEY,** ) | |
| **OFFICER RICKY HEPP, and** ) | |
| **OFFICER JONES, Individually,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT MOTION FOR A SETTLEMENT CONFERENCE

NOW COMES the Plaintiff by and through his attorneys, Gregory E. Kulis & Associates, Ltd., and Defendants by and through their attorneys, the Attorney General of the State of Illinois and respectfully request a settlement conference, stating as follows:

1. In line with this Honorable Court's ruling on June 8, 2023 (Dkt. # 31), all Defendants have been served and have filed answers as of July 10, 2023. (Dkt. # 33).

2. The Parties have worked in earnest attempting to resolve the instant matter informally for a long period of time without success. Because of this, the Parties determined that the aid of a Magistrate Judge would be greatly beneficial in a settlement conference. Hence, the Parties jointly request this Honorable Court to refer the matter to a Magistrate Judge for a settlement conference.

WHEREFORE, the Parties jointly request a settlement conference.

Respectfully submitted,

By: /s/ Brian M. Orozco
One of the Attorneys for Plaintiff, MALIK WILLIAMS.

Brian M. Orozco
ARDC No. 6180966
Gregory E. Kulis & Associates Ltd.
134 N. LaSalle Street,, Suite 444
Chicago, IL 60602
(312) 580-1830
(312) 580-1839 (Fax)
borozco@kulislawltd.com


Respectfully submitted,

By: /s/ R. Brandon Shultz *(with consent)*
One of the Attorneys for Defendants,
RICKY HEPP, TISON HOLLEY, and ANTHONY JONES

R. Brandon Shultz
ARDC No. 6353618
IL ATTORNEY GENERAL'S OFFICE
Assistant Attorney General
201 West Point Dr., Suite 7
Swansea, IL 62226
(618) 236-8781
robert.shultz@ilag.gov