UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIK WILLIAMS, ) | |
| ) | |
| ) | Case No. 23-CV-833 |
| Plaintiffs, ) | |
| ) | Honorable Judge Dugan |
| v. ) | |
| ) | Jury Demand |
| OFFICER OSBOURNE, OFFICER ) | |
| BROWN, OFFICER HOLLEY, ) | |
| OFFICER RICKY HEPP, and ) | |
| OFFICER JONES, Individually, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S UN-OPPOSED MOTION FOR SETTLEMENT CONFERENCE WITH JUDGE SISON**

NOW COMES the Plaintiff, by and through his attorney Brian Orozco, and in support of his Motion For a Settlement Conference with Magistrate Judge Sison, states as follows:

1. A Joint Motion requesting a settlement conference has been filed by the Parties.

2. Plaintiff respectfully requests a settlement conference with Magistrate Judge Sison.

3. Plaintiff consulted with counsel for Defendants regarding this motion on July 11, 2023, who indicated that the Plaintiff could file this motion as Un-Opposed.

**WHEREFORE**, the Plaintiff prays this Honorable Court to grant his Motion Seeking a Settlement Conference with Magistrate Judge Sison, and any other relief that they deem just and equitable.

**Respectfully Submitted,**

/s/ Brian M. Orozco.
Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis (No. 6180966)
Gregory E. Kulis & Associates, Ltd.
134 N. LaSalle Street, Suite 444
Chicago, IL 60602
p: (312) 580-1830 / f: (312) 580-1839
e: borozco@kulislawltd.com
e. service@kulislawltd.com