IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIK WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No.: 23-833-DWD |
| ) | |
| OFFICER OSBOURNE, OFFICER ) | |
| BROWN, OFFICER HOLLEY, ) | |
| OFFICER RICKY HEPP, and ) | |
| OFFICER JONES, individually, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' AGREED MOTION FOR SETTLEMENT CONFERENCE**

NOW COME Defendants TYSON BROWN, RICKY HEPP, TISON HOLLEY, ANTHONY JONES, and CODY OSBOURNE by and through their attorney, KWAME RAOUL, Attorney General of the State of Illinois, and for their motion for a settlement conference, state as follows:

1. The Parties have been working together to advance the abovementioned case. However, they believe in good faith that they can conserve resources and time with the assistance of a mediator to achieve settlement.

2. Plaintiff has made a settlement demand. The Illinois Department of Corrections considered the demand and issued undersigned counsel authority to settle the case. That authority, however, is not as much as Plaintiff demanded.

3. Defendants respectfully requests ADR Coordinator Megan Arvola to be appointed to assist in mediation in this case.

4. Defense counsel consulted with Plaintiff's counsel Greg Kulis, who indicated that Plaintiff agrees with Defendants' motion.

WHEREFORE, Defendants, with the consent of Plaintiff, move this honorable Court to set the case for a settlement conference and for all other relief this Court deems just and proper.

        Respectfully submitted,

        TYSON BROWN, RICKY HEPP, TISON HOLLEY, ANTHONY JONES, and CODY OSBOURNE,

        Defendants,

R. Brandon Shultz, #6331528  
Assistant Attorney General         KWAME RAOUL, Attorney General,  
Metro East Office         State of Illinois,  
201 West Pointe Drive, Suite 7  
Belleville, IL 62226         Attorney for Defendants,  
Telephone: (618) 236-8781  
Facsimile: (618) 236-8620  
Email: robert.shultz@ilag.gov         By:    s/R. Brandon Shultz  
                                        R. Brandon Shultz #6331528

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIK WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No.: 23-833-DWD |
| ) | |
| OFFICER OSBOURNE, OFFICER ) | |
| BROWN, OFFICER HOLLEY, ) | |
| OFFICER RICKY HEPP, and ) | |
| OFFICER JONES, individually, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2023, the foregoing document, ***Defendants' Motion For Settlement Conference*** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Gregory E. Kulis – gkulis@kulishawltd.com
Brian M. Orozco – borozco@kulislawltd.com

and I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

NONE

Respectfully submitted,

By: s/R. Brandon Shultz
Brandon Shultz, #6331528
Assistant Attorney General
Metro East Office
201 West Pointe Dr., Suite 7
Belleville, IL 62226
Telephone: (618) 236-8781
Facsimile: (618) 236-8620
E-Mail: robert.shultz@ilag.gov